**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE: Donald Savage                                         CHAPTER 13
        Lakeshia Savage aka Lakeshia Nelson
                              BKY. NO. 24-14079 AMC
               Debtor(s)

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICES**

To the Clerk:

    Kindly enter my appearance on behalf of PENNYMAC LOAN SERVICES, LLC and index same on the master mailing list.

                                                Respectfully submitted,

/s/ 
Denise Carlon
21 Nov 2024, 13:35:52, EST

                              KML Law Group, P.C.
                              701 Market Street, Suite 5000
                              Philadelphia, PA 19106-1532
                              (215) 627-1322