Certificate Number: 15317-PAE-DE-039242084

Bankruptcy Case Number: 24-14079



15317-PAE-DE-039242084

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on January 14, 2025, at 5:32 o'clock PM PST, Donald A Savage completed a course on personal financial management given by internet by Access Counseling, Inc., a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Eastern District of Pennsylvania.

Date:   January 14, 2025              By:   /s/Kaycee Cadano

                                      Name:   Kaycee Cadano

                                      Title:   Credit Counselor