Certificate Number: 15317-PAE-DE-039242082

Bankruptcy Case Number: 24-14079



15317-PAE-DE-039242082

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on January 14, 2025, at 5:32 o'clock PM PST, Lakeshia R Savage completed a course on personal financial management given by internet by Access Counseling, Inc., a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Eastern District of Pennsylvania.

Date: January 14, 2025

By: /s/Kaycee Cadano

Name: Kaycee Cadano

Title: Credit Counselor