UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re:<br>    DONALD SAVAGE<br>    LAKESHIA SAVAGE<br><br>               Debtors | Chapter 13<br>Bankruptcy No.24-14079-AMC |

### CERTIFICATE OF SERVICE

I, Kenneth E. West, Esq., do hereby certify that a true and correct copy of the foregoing *Objection of Chapter 13 Trustee to Confirmation of the plan of Debtors* filed in the above-referenced case has been served this 6th day of August, 2025, by first class mail upon those listed below:

DONALD SAVAGE
LAKESHIA SAVAGE
1317 S 4TH STREET
PHILADELPHIA, PA  19147

**Electronically via CM/ECF System Only:**

MICHELLE LEE, ESQ

Office of The United States Trustee
Robert NC Nix, Sr. Federal Building
900 Market Street
Suite 320
Philadelphia, PA  19107

                                                     */s/ Kenneth E. West, Esq.*
                                                     Kenneth E. West, Esq.
                                                     Standing Chapter 13 Trustee