# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Donald Savage<br>    Lakeshia Savage aka Lakeshia Nelson<br>                      Debtor(s) | CHAPTER 13 |
| PENNYMAC LOAN SERVICES, LLC, its successors and/or assigns<br>                      Movant<br>    vs. | NO. 24-14079 AMC |
| Donald Savage<br>Lakeshia Savage aka Lakeshia Nelson<br>                      Debtor(s) | |
| Kenneth E. West<br>                      Trustee | |

## PRAECIPE TO WITHDRAW

**TO THE CLERK OF THE BANKRUPTCY COURT:**

Kindly withdraw the Objection to Confirmation of PENNYMAC LOAN SERVICES, LLC, which was filed with the Court on or about December 20, 2024.

Dated: September 26, 2025

                                      Respectfully submitted,

                                      **/s/ Matthew Fissel**
                                      Matthew Fissel, Esquire
                                      Attorney I.D. 314567
                                      KML Law Group, P.C.
                                      BNY Mellon Independence Center
                                      701 Market Street, Suite 5000
                                      Philadelphia, PA 19106
                                      201-549-2363
                                      bkgroup@kmllawgroup.com

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **IN RE:** Donald Savage Lakeshia Savage aka Lakeshia Nelson<br><br>**Debtor(s)**<br><br>**PENNYMAC LOAN SERVICES, LLC**<br>**Movant**<br>**vs.**<br><br>Donald Savage Lakeshia Savage aka Lakeshia Nelson<br><br>**Debtor(s)**<br><br>**Kenneth E. West**<br>**Trustee** | **BK NO. 24-14079 AMC**<br><br>**Chapter 13**<br><br>**Related to Claim No. 7** |

## CERTIFICATE OF SERVICE

I, Matthew Fissel, certify that on 9/26/2025, I did cause a true and correct copy of the documents described below to be served on the parties listed on the mailing list exhibit, a copy of which is attached and incorporated as if fully set forth herein, by the means indicated and to all parties registered with the Clerk to receive electronic notice via the CM/ECF system:

- Praecipe to Withdraw

I certify under penalty of perjury that the above document(s) was sent using the mode of service indicated.

Dated: 9/26/2025

                                                **/s/ Matthew Fissel**
                                                Matthew Fissel, Esquire
                                                Attorney I.D. 314567
                                                KML Law Group, P.C.
                                                BNY Mellon Independence Center
                                                701 Market Street, Suite 5000
                                                Philadelphia, PA 19106
                                                201-549-2363
                                                bkgroup@kmllawgroup.com

| Name and Address of Party Served | Relationship of Party | Via |
|---|---|---|
| Donald Savage<br>1317 S 4th Street<br>Philadelphia, PA 19147<br><br>Lakeshia Savage aka Lakeshia Nelson<br>1317 S 4th Street<br>Philadelphia, PA 19147 | Debtors | ☐ Hand-delivered<br><br>☒ First Class Mail<br><br>☐ Certified mail<br><br>☐ E-mail<br><br>☐ CM/ECF<br><br>☐ Other<br>_____<br>(as authorized by the court *) |
| Michelle Lee<br>Dilworth Paxson<br>1500 Market Street Suite 3500E<br>Philadelphia, PA 19102 | Attorney for Debtor | ☐ Hand-delivered<br><br>☐ First Class Mail<br><br>☐ Certified mail<br><br>☐ E-mail<br><br>☒ CM/ECF<br><br>☐ Other<br>_____<br>(as authorized by the court *) |
| Kenneth E. West<br>Office of the Chapter 13 Standing Trustee<br>190 N. Independence Mall West, Suite 701<br>Philadelphia, PA 19106 | Trustee | ☐ Hand-delivered<br><br>☐ First Class Mail<br><br>☐ Certified mail<br><br>☐ E-mail<br><br>☒ CM/ECF<br><br>☐ Other<br>_____<br>(as authorized by the court *) |