United States Bankruptcy Court

Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 24-14079-amc |
| Donald Savage | Chapter 13 |
| Lakeshia Savage | |
| Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 1 of 3 |
| Date Rcvd: Sep 30, 2025 | Form ID: 155 | Total Noticed: 29 |

The following symbols are used throughout this certificate:
**Symbol   Definition**

+   Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^   Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 02, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Donald Savage, Lakeshia Savage, 1317 S 4th Street, Philadelphia, PA 19147-5901 |
| 14945861 | + | Alliance Cancer Specialists, PO Box 750595, Philadelphia, PA 19178-0001 |
| 14948977 | + | Pennymac Loan Services, LLC, C/O Denise Carlon, 701 Market Street, Ste. 5000, Philadelphia, PA 19106-1541 |
| 14945873 | + | Richard Keifer III, Esq., 311 Market Street, Kingston, PA 18704-5428 |
| 14945877 | + | Temple Health, PO Box 23295, New York, NY 10087-4295 |

TOTAL: 5

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 14963007 | | Email/PDF: bncnotices@becket-lee.com | Oct 01 2025 00:40:30 | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 14945862 | + | Email/PDF: bncnotices@becket-lee.com | Oct 01 2025 00:40:30 | Amex, Correspondence/Bankruptcy, Po Box 981535, El Paso, TX 79998-1535 |
| 14945863 | + | Email/Text: bankruptcy@cavps.com | Oct 01 2025 00:34:00 | Cavalry Portfolio Services, Attn: Bankruptcy, 1 American Lane, Ste 220, Greenwich, CT 06831-2563 |
| 14946548 | + | Email/Text: bankruptcy@cavps.com | Oct 01 2025 00:34:00 | Cavalry SPV I, LLC, PO Box 4252, Greenwich, CT 06831-0405 |
| 14945864 | + | Email/PDF: creditonebknotifications@resurgent.com | Oct 01 2025 00:40:32 | Credit One Bank, Attn: Bankruptcy Department, 6801 Cimarron Rd, Las Vegas, NV 89113-2273 |
| 14957237 | | Email/Text: collecadminbankruptcy@fnni.com | Oct 01 2025 00:33:00 | First National Bank of Omaha, 1620 Dodge St Stop Code 3113, Omaha, NE 68197 |
| 14945865 | | Email/Text: collecadminbankruptcy@fnni.com | Oct 01 2025 00:33:00 | Fnb Omaha, Attn: Bankruptcy, P.O. Box 3128, Omaha, NE 68103 |
| 14945866 | ^ | MEBN | Oct 01 2025 00:25:13 | Greenberg, Grant & Richards Inc., 5858 Westheimer Road, Ste. 500, Houston, TX 77057-5645 |
| 14948725 | | Email/PDF: resurgentbknotifications@resurgent.com | Oct 01 2025 00:40:59 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14945867 | + | Email/Text: ext_ebn_inbox@navyfederal.org | Oct 01 2025 00:34:00 | Navy Fcu, Attn: Bankruptcy, Po Box 3000, Merrifield, VA 22119-3000 |
| 14945868 | + | Email/Text: ext_ebn_inbox@navyfederal.org | Oct 01 2025 00:34:00 | Navy Federal Credit Union, Attn: Bankruptcy, Po Box 3000, Merrifield, VA 22119-3000 |
| 14963379 | + | Email/Text: ext_ebn_inbox@navyfederal.org | Oct 01 2025 00:34:00 | Navy Federal Credit Union, P.O. Box 3000, Merrifield, VA 22119-3000 |
| 14945869 | | Email/Text: bankruptcy@pawneeleasing.com | Oct 01 2025 00:33:00 | Pawnee Leasing Corporation, 3801 Automation Way, Suite 207, Fort Collins, CO 80526 |

| District/off: 0313-2 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Sep 30, 2025 | Form ID: 155 | Total Noticed: 29 |

| Recip ID | Bypass | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| 14948538 | ^ | MEBN | Oct 01 2025 00:24:47 | PENNYMAC LOAN SERVICES, LLC, C/O KML Law Group, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 14968752 | | Email/Text: Bankruptcy.Notices@pnc.com | Oct 01 2025 00:33:00 | PNC Bank, National Association, PO Box 94982, Cleveland, OH 44101 |
| 14945871 | | Email/Text: Bankruptcy.Notices@pnc.com | Oct 01 2025 00:33:00 | PNC Financial, Attn: Bankruptcy, 300fifth Ave, Pittsburgh, PA 15222 |
| 14945870 | + | Email/PDF: ebnotices@pnmac.com | Oct 01 2025 00:40:37 | PennyMac Loan Services, LLC, Attn: Correspondence Unit, Po Box 514387, Los Angeles, CA 90051-4387 |
| 14961242 | + | Email/PDF: ebnotices@pnmac.com | Oct 01 2025 00:40:36 | PennyMac Loan Services, LLC., P.O. Box 2410, Moorpark, CA 93020-2410 |
| 14945872 | + | Email/Text: bankruptcy1@pffcu.org | Oct 01 2025 00:33:00 | Police & Fire FCU, 901 Arch Street, Philadelphia, PA 19107-2495 |
| 14959390 | + | Email/Text: bankruptcy1@pffcu.org | Oct 01 2025 00:33:00 | Police & Fire Federal Credit Union, One Greenwood Square, 3333 Street Road, Bensalem, PA 19020-2022 |
| 14945874 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Oct 01 2025 00:40:37 | Syncb/Old Navy, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 14945875 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Oct 01 2025 00:41:19 | Synchrony Bank, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 14945876 | | Email/Text: bankruptcy@td.com | Oct 01 2025 00:34:00 | TD Bank, N.A., Attn: Bankruptcy, 1701 Rt 70 East, Cherry Hill, NJ 08003 |
| 14961361 | ^ | MEBN | Oct 01 2025 00:24:59 | TD Bank, N.A., PO BOX 1931, Burlingame, CA 94011-1931 |

TOTAL: 24

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 14963008 | * | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 02, 2025          Signature:    /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 30, 2025 at the address(es) listed below:

**Name**          **Email Address**

District/off: 0313-2 | User: admin | Page 3 of 3
Date Rcvd: Sep 30, 2025 | Form ID: 155 | Total Noticed: 29

DENISE ELIZABETH CARLON
    on behalf of Creditor PENNYMAC LOAN SERVICES LLC bkgroup@kmllawgroup.com

KENNETH E. WEST
    ecfemails@ph13trustee.com philaecf@gmail.com

MATTHEW K. FISSEL
    on behalf of Creditor PENNYMAC LOAN SERVICES LLC bkgroup@kmllawgroup.com, matthew.fissel@brockandscott.com

MICHELLE LEE
    on behalf of Joint Debtor Lakeshia Savage bky@dilworthlaw.com

MICHELLE LEE
    on behalf of Debtor Donald Savage bky@dilworthlaw.com

United States Trustee
    USTPRegion03.PH.ECF@usdoj.gov


TOTAL: 6

*Form 155* (2/24)

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: ) | |
|   Donald Savage ) | Case No. 24−14079−amc |
| ) | |
| ) | |
|   Lakeshia Savage ) | Chapter: 13 |
|   aka Lakeshia Nelson ) | |
|    Debtor(s). ) | |

## ORDER CONFIRMING PLAN UNDER CHAPTER 13

    **AND NOW**, upon consideration of the plan submitted by the debtor under chapter 13 of title 11 U.S.C. and the standing trustee's report which has been filed; and it appearing that:

    **A.** a meeting of creditors upon notice pursuant to 11 U.S.C. 341 (a) and a confirmation hearing upon notice having been held;

    **B.** the plan complies with the provisions of 11 U.S.C. 1322 and 1325 and with other applicable provisions of title 11 U.S.C.;

    **C.** any fee, charge or amount required under chapter 13 of title 28 or by the plan, to be paid before confirmation, has been paid;

**WHEREFORE**, it is **ORDERED** that the plan is **CONFIRMED**.

Date: September 30, 2025

For The Court

Ashely M. Chan
Chief Judge, United States Bankruptcy Court