**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| In re | CASE NO.  **24-14079** |
| **DONALD SAVAGE** | |
| **And** | Chapter 13 |
| **LAKESHIA SAVAGE** | |
| Debtors. | |

**NOTICE OF ENTRY OF APPEARANCE AND REQUEST**
**FOR SERVICE OF NOTICES AND OTHER PAPERS**

PLEASE TAKE NOTICE that Michael D. Nord of Gebhardt & Smith LLP hereby enters his appearance in the above-captioned case as counsel to TD Bank, National Association.  The undersigned hereby requests, pursuant to 11 U.S.C. § 102(1) and 342 and Rules 2002, 4001, and 9007 of the Federal Rules of Bankruptcy Procedure, that copies of all notices and pleadings given or filed in this case be given and served upon the following person at the address, telephone, or e-mail address indicated below:

> Michael D. Nord
> Gebhardt & Smith LLP
> One South Street, Suite 2200
> Baltimore, Maryland 21202
> Tel: (410) 385-5072
> Email: mnord@gebsmith.com

PLEASE TAKE FURTHER NOTICE that the foregoing request includes not only the notices and papers referred to in the Bankruptcy Rules, but also includes, without limitation, notices of any application, complaint, demand, hearing, motion, order, pleading or request, formal or informal, whether transmitted or conveyed by mail, telephone or otherwise.

The undersigned additionally requests that the Debtor and the Clerk of the Court place the foregoing name and address on any mailing matrix or list of creditors to be prepared or existing in the above-referenced case.

Respectfully submitted,

*/s/ Michael D. Nord*
Michael D. Nord (Bar No. 04395)
Gebhardt & Smith LLP
One South Street, Suite 2200
Baltimore, Maryland 21202
Tel: (410) 385-5072
Email: mnord@gebsmith.com
*Counsel for TD Bank, National Association*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 10th day of March, 2026, I caused the foregoing Notice of Entry of Appearance and Request for Service of Notices and Other Papers to be sent electronically via the CM/ECF Electronic Filing System to all counsel of record.

*/s/ Katherine C. Roe*
Katherine C. Roe