United States Bankruptcy Court
Eastern District of Pennsylvania

In re: | Case No. 24-14079-amc
Donald Savage | Chapter 13
Lakeshia Savage
Debtors

# CERTIFICATE OF NOTICE

District/off: 0313-2 | User: admin | Page 1 of 2
Date Rcvd: Aug 24, 2026 | Form ID: 175 | Total Noticed: 2

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 26, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Donald Savage, Lakeshia Savage, 1317 S 4th Street, Philadelphia, PA 19147-5901 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| cr | Email/PDF: resurgentbknotifications@resurgent.com | Aug 25 2026 02:06:17 | LVNV Funding LLC, c/o Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |

TOTAL: 1

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 26, 2026 Signature: /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 24, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| KENNETH E. WEST | ecfemails@ph13trustee.com philaecf@gmail.com |
| MATTHEW K. FISSEL | on behalf of Creditor PENNYMAC LOAN SERVICES LLC bkgroup@kmllawgroup.com, matthew.fissel@brockandscott.com |
| MICHAEL DAVID NORD | on behalf of TD Bank National Association mnord@gebsmith.com |

| | |
|---|---|
| MICHELLE LEE | on behalf of Debtor Donald Savage bky@dilworthlaw.com ksheronas@dilworthlaw.com |
| MICHELLE LEE | on behalf of Joint Debtor Lakeshia Savage bky@dilworthlaw.com ksheronas@dilworthlaw.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 6

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

In Re: Donald Savage and Lakeshia Savage
Debtor(s)

Case No: 24−14079−amc
Chapter: 13

**NOTICE OF SHOW CAUSE HEARING**

To the debtor, debtor's counsel, and any party in interest:

NOTICE is hereby given that a hearing to show cause why

the requested fee should not be adjusted pursuant to Local Rules 2016−3(a)(4)(A)(B) and/or Local Rule 2016−3(b)(2)(A)(B).

will be held before the Honorable Ashely M. Chan ,United States Bankruptcy Court

on: 9/29/26

at: 11:00 AM

in: HRG will be held via Telephone, see Calendar info. for the Judge, on the Court website

For The Court

Mohung Wong
Clerk of Court

Dated: August 24, 2026